■ GILLESPIE & ERDLE, INC., Respondent, v JAMES E. DE ROOY, Appellant. — Judgment unanimously affirmed, with costs, for the reasons stated at Special Term, Provenzano, J., Cardamone, J.P., not participating. (Appeal from judgment of Monroe Supreme Court, Provenzano, J. — breach of contract to divide proceeds from sale of realty.) Present — Cardamone, J.P., Simons, Hancock, Jr., Doerr and Schnepp, JJ.